**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 25-505 |
| : | |
| DOUGLAS PENGLASE : | |

## ORDER

**AND NOW,** this 8th day of January, 2026, upon consideration of Defendant's Motion for Bail (Doc. No. 20), and the Government's Response (Doc. No. 22), and for the reasons stated on the Record at the December 17, 2025 hearing (Doc. Nos. 33, 35), it is hereby **ORDERED** that the Motion (Doc. No. 20) is **DENIED.**

                                                             **AND IT IS SO ORDERED.**

                                                             _____
                                                             Paul S. Diamond, J.